■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of MICHELE BEAUDIN, Petitioner, v AMERICAN CREDIT EXCHANGE, Respondent.—Petition unanimously granted, without costs, determination annulled, complaint reinstated and matter remitted to State Division of Human Rights for further proceedings, in accordance with stipulation of the parties. (Proceeding pursuant to Executive Law § 298.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.